RYDER/P.I.E. NATIONWIDE, INC. v. HARBOR BAY CORPORA-
TION, INC.

March 21, 1989.

Cross-petition for certification granted.

STATE OF NEW JERSEY v. RANDOLPH MASON.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. MELVIN JUSTICE.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES P. BROWN.

March 21, 1989.

Petition for certification denied.